UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
KATHERINE KASSEL and RONNIE KASSEL,   Docket: 1:13-cv-01005-ILG-VMS
                    Plaintiffs,

- against-

                                        STIPULATION TO DISMISS
                                           WITH PREJUDICE
ALLIANCEONE RECEIVABLES
MANAGEMENT, INC.,
                    Defendant.
----------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is dismissed with prejudice, without costs and attorneys' fees to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court; and

IT IS FURTHER STIPULATED AND AGREED that electronic or facsimile copies be deemed originals for all purposes.

Dated: May 15th, 2013

_____
Mark H. Rephen
M. Harvey Rephen & Associates
Attorneys for Plaintiffs
708 3rd Avenue 6th Flr.
New York, NY 10017
(212) 796-0930

Dated: May 17, 2013

_____
Aleksander Powietrzynski, Esq.
WINSTON & WINSTON, P.C.
Attorneys for Defendant
295 Madison Ave., Suite 930
New York, NY 10017
(212) 922-9482

FDC 502